IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:18-CR-00108-ALM-AGD |
| | § | |
| ANTONIO ZARRAGA (1) | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. With Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months and (1) day, to run consecutively to the sentence imposed in 4:23-cr-105, with no term of supervised release to follow.

It is further ordered that the Government's Motion to Dismiss allegations 1, 2, and 4 of the Petition is **GRANTED**.

The Court also recommends that Defendant be housed in a Bureau of Prisons facility in the Beaumont, Texas area, if appropriate.

**IT IS SO ORDERED**.

**SIGNED this 9th day of October, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE