# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

United States of America
v.
ANTONIO ZARRAGA

Case No: 4:18CR0108.1
USM No: 27861-078

Date of Original Judgment: 3/19/2019
Date of Previous Amended Judgment: ____________
*(Use Date of Last Amended Judgment if Any)*

____________
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____________ months **is reduced to** ____________ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant filed his motion on the case in which he already had a supervised release revocation sentence, which is not impacted by the 821 Amendments. Further, in the Defendant's more current case, 4:23CR105, he was sentenced in accordance with the 2023 guidelines, which included the 821 amendments. Defendant did not qualify for Zero Point Offender because he had 5 criminal history points.

The 132 months sentence Defendant references is the 120 months on 4:23CR105 and 12 months on 4:18CR108 (Revocation sentence served consecutively).

Neither of these sentences were impacted by the amendments.

Except as otherwise provided, all provisions of the judgment dated 3/19/2019 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 9/21/2026

*Judge's signature*

Effective Date: 9/21/2026
*(if different from order date)*

AMOS L. MAZZANT, III - UNITED STATES DISTRICT JUDGE
*Printed name and title*